**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MGM RESORTS GLOBAL DEVELOPMENT, LLC; and BLUE TARP REDEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-02377-RC |

**MOTION FOR LIMITED INTERVENTION BY STATE OF CONNECTICUT, MOHEGAN TRIBE OF INDIANS OF CONNECTICUT, AND MASHANTUCKET PEQUOT TRIBE**

The State of Connecticut, Mohegan Tribe of Indians of Connecticut, and Mashantucket Pequot Tribe hereby move for limited intervention as of right, pursuant to Fed. R. Civ. P. 24(a), in order to move to dismiss the Complaint filed by MGM Resorts Global Development, LLC and Blue Tarp Redevelopment, LLC against the United States Department of the Interior, Assistant Secretary of the Department of Interior Tara M. Sweeny, Principal Deputy Assistant Secretary of the Department of Interior John Tahsuda, and Secretary of the Interior David Bernhardt pursuant to Fed. R. Civ. P. 19 and 12(b)(7), and Local Rule 7. Included with this motion is a memorandum of points and authorities in support of the motion.

Consistent with Local Rule 7(m), counsel for the State of Connecticut, Mohegan Tribe of Indians of Connecticut, and Mashantucket Pequot Tribe have made a good-faith effort to determine the positions of the Federal Defendants and the Plaintiffs. The Federal Defendants state that they take no position on the motion to intervene, but intend to oppose Intervenor-Defendants' motion

to dismiss. Plaintiffs state that they take no position on the motion to intervene at this time, but reserve the right to file a response after reviewing the motion.

For the reasons explained in the attached memorandum of points and authorities, Plaintiffs respectfully request that this Court grant the motion.

Dated: October 22, 2019

Respectfully submitted,

/s/ Keith M. Harper
Keith M. Harper, Bar No. 451956
KHarper@kilpatricktownsend.com
Catherine F. Munson, Bar No. 985717
cmunson@kilpatricktownsend.com
Mark H. Reeves, Bar No. 1030782
mreeves@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: 202-508-5800
Facsimile: 202-508-5858

*Attorneys for Intervenor*
*Mashantucket Pequot Tribe*

/s/ V. Heather Sibbison
Tami Azorsky, Bar No. 388572
V. Heather Sibbison, Bar No. 422632
Samuel F. Daughety, Bar No. 1021490
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006-1102
Phone: (202) 496-7573
Fax: (202) 756-7756
heather.sibbison@dentons.com

*Attorneys for Intervenor*
*Mohegan Tribe of Indians of Connecticut*

/s/ Mark. F. Kohler
Mark F. Kohler
Assistant Attorney General
Mark.Kohler@ct.gov

Michael K. Skold
Assistant Attorney General
Michael.Skold@ct.gov
Connecticut Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5020

*Attorneys for Intervenor*
*The State of Connecticut*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the parties registered in the Court's CM/ECF system.

/s/ Keith M. Harper
Keith M. Harper