**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MGM RESORTS GLOBAL DEVELOPMENT, LLC; and
BLUE TARP REDEVELOPMENT, LLC,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Civil Action No. 1:19-cv-02377-RC

**[PROPOSED] ORDER GRANTING MOTION FOR LIMITED INTERVENTION BY STATE OF CONNECTICUT, MOHEGAN TRIBE OF INDIANS OF CONNECTICUT, AND MASHANTUCKET PEQUOT TRIBE**

Upon consideration of the Motion of the State of Connecticut, Mohegan Tribe of Indians of Connecticut, and Mashantucket Pequot Tribe for limited intervention pursuant to Fed. R. Civ. P. 24, the parties' related filings, and the entire record herein, the Court hereby ORDERS that the Motion is GRANTED. The Clerk shall add the State of Connecticut, Mohegan Tribe of Indians of Connecticut, and Mashantucket Pequot Tribe to the docket as Intervenor-Defendants in this action.

Dated: _______________

By: ________________________________
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT JUDGE